IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

CYNTHIA GOSSETT                                                                              PLAINTIFF
*on behalf of*
A MINOR CHILD, C.G.

vs.                                                Civil No. 1:06-cv-01078

MICHAEL J. ASTRUE                                                                         DEFENDANT
Commissioner, Social Security Administration

## JUDGMENT

Comes now the Court on this the **11th day of May, 2007**, in accordance with the Memorandum Opinion entered in the above-styled case on today's date, and hereby considers, orders, and adjudicates that the decision of the Commissioner of the Social Security Administration is **AFFIRMED** and Plaintiff's Complaint is hereby dismissed with prejudice.

    **IT IS SO ORDERED**.

    /s/Barry A. Bryant
    Honorable Barry A. Bryant
    United States Magistrate Judge